1  TRACY L. WILKISON
2  United States Attorney
   DAVID M. HARRIS
3  Assistant United States Attorney
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   AMANDA SCHAPEL, CSBN 271295
7  Special Assistant United States Attorney
8        Social Security Administration
9        160 Spear St., Suite 800
         San Francisco, CA  94105
10       Telephone: (510) 970-4856
11       Facsimile: (415) 744-0134
         Email: Amanda.Schapel@ssa.gov
12 Attorneys for Defendant

13

14
                  UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16                      EASTERN DIVISION

17

18  COLLEEN L. DAVIS,                    )  No. 5:20-cv-02469-DFM
                                         )
19        Plaintiff,                     )
                                         )
20                                       )  **JUDGMENT OF REMAND**
21          v.                           )
                                         )
22  KILOLO KIJAKAZI, Acting              )
23  Commissioner of Social Security,     )
                                         )
24        Defendant.                     )
                                         )
25                                       )
                                         )
26                                       )
                                         )
27  _____    )

28

1    The Court having approved the parties' Stipulation to Voluntary Remand

2  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

3  ("Stipulation to Remand") lodged concurrent with the lodging of the within

4  Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

5  **DECREED** that the above-captioned action is remanded to the Commissioner of

6  Social Security for further proceedings consistent with the Stipulation to Remand.

7

8  DATED:  January 19, 2022

9

10                                HON. DOUGLAS F. MCCORMICK
                                  UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28